

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 3:10CR210(19)-WHR |
| Plaintiff | : | |
| v. | : | |
| JOSE GUADALUPE MACIAS, III, et al | : | ORDER |
| Defendants. | : | |

On March 8, 2012, the United States filed a Motion to Dismiss Count 1 of the Fourth Superseding Indictment as to Kasha Mitchell only, pending before this Court, in the above-captioned matter. Based upon the Motion filed by the United States, and for good cause shown, the Court hereby Orders that Counts 1 of the Fourth Superseding Indictment in this matter be dismissed without prejudice as to Defendant Kasha Mitchell only.

IT IS SO ORDERED.

_____
WALTER H. RICE
United States District Judge